02D02-2101-CT-000046
Allen Superior Court 2

Filed: 1/26/2021 10:23 AM
Clerk
Allen County, Indiana
SW

USDC IN/ND case 1:21-cv-00057-DRL-SLC   document 3   filed 01/26/21   page 1 of 3

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE ALLEN SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF ALLEN | ) | CAUSE NO._____ |

| | |
|---|---|
| MARIO LEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| GLAZE TOOL AND | ) |
| ENGINEERING, INC., | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT

Plaintiff alleges against Defendant that:

1. The Plaintiff is Mario Lee, an African American/black individual who worked for Defendant from about November 29, 2018 through about March 31, 2020.

2. Defendant Glaze Tool and Engineering, Inc. is a corporation doing business at 1610 Summit Street, P.O. Box 267, New Haven, Indiana 46774. Defendant is an "employer" for purposes of 42 U.S.C. § 1981.

3. Plaintiff alleges that he was discriminated against, harassed, retaliated against, and discharged on account of his race and color in violation of Title VII and § 1981 in that:

    a. Plaintiff worked in various capacities for Defendant, including as a "float", a machine cutter, a loader/unloader, and a forklift operator.

    b. While employed by Defendant, Plaintiff was promised that he would become educated and trained in CNC and CAD operations, but that never happened.

    c. Plaintiff was made to clean toilets, while Caucasian employees with less seniority were not required to do so.

    d. Despite promises from Defendant, Plaintiff received no increase in pay.

–1–

 e. On or about March 5, 2020, Plaintiff injured his right knee while performing his work duties for Defendant. Plaintiff injured his knee when he jumped off of a trailer to avoid getting hit by a sliding 6000lb machine. The work injury affected Plaintiff's ability to bend down, walk, stand, and lift. Plaintiff was put on work restrictions, but then Defendant refused to let Plaintiff work, so Plaintiff got his restrictions lifted. Similarly-situated Caucasian employees who were injured on the job were allowed to receive their Worker's Compensation benefits without retaliation, and were allowed to work with their restrictions.

 f. Plaintiff was given reprimands for alleged bad work performance and was terminated on March 31, 2020.

 g. A Caucasian coworker, Ed Banon, was injured around the same time as Plaintiff, and to Plaintiff's knowledge and belief, Mr. Banon received Worker's Compensation benefits and was treated more favorably than Plaintiff with respect to his employment with Defendant.

 h. During Plaintiff's employment with Defendant, Defendant's management would refer to Plaintiff "you people". Another manager told Plaintiff that his wife was "treating me like a nigger".

 i. Plaintiff was promised gainshares/bonuses which he never received.

4. Plaintiff alleges that he was harassed, subjected to a hostile work environment, discriminated against, and ultimately terminated on account of his race and color, in violation of 42 U.S.C. § 1981.

5. Plaintiff also alleges that he was terminated out of retaliation for suffering a work-related injury and expressing his need for Worker's Compensation benefits, including medical care, all in violation of the tort laws of the State of Indiana.

6. As a direct and proximate result of Defendant's discrimination and retaliation, Plaintiff suffered the loss of his job and job-related income. Plaintiff also experienced emotional distress, mental anguish, humiliation, embarrassment, inconvenience, and other damages and injuries for which he seeks compensatory damages. Defendant

acted intentionally and in reckless disregard of Plaintiff's federally protected civil rights warranting an imposition of punitive damages.

WHEREFORE, Plaintiff prays for judgment against the Defendant, for compensatory damages, punitive damages, reasonable attorney's fees and costs, and for all other just and proper relief in the premises.

## JURY DEMAND

Pursuant to Rule 38 of the Indiana Rules of Trial Procedure, Plaintiff demands a trial by jury in this action.

Respectfully submitted,

**CHRISTOPHER C. MYERS & ASSOCIATES**

/s/Christopher C. Myers
Christopher C. Myers, #10043-02
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802
Telephone:   (260) 424-0600
Facsimile:    (260) 424-0712
E-mail:        cmyers@myers-law.com
Counsel for Plaintiff